ACCEPTED
03-14-00709-CV
5022689
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/24/2015 12:08:23 PM
JEFFREY D. KYLE
CLERK



### KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/24/2015 12:08:23 PM
JEFFREY D. KYLE
Clerk

MEGAN NEAL
ASSISTANT ATTORNEY GENERAL

(512) 475-4009
MEGAN.NEAL@texasattorneygeneral.gov

April 24, 2015

**VIA E-FILING**

Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
P. O. Box 12547
Austin, TX 78711-2547

Re:     Court of Appeals No. 03-14-00709-CV; *Entergy Texas, Inc. v. Public Utility Commission of Texas, Office of Public Utility Counsel, and Texas Industrial Energy Consumers*

Dear Mr. Kyle:

In response to the Court's letter dated March 24, 2015, attorneys for Appellees the Public Utility Commission of Texas, Texas Industrial Energy Consumers, and the Office of the Public Utility Commission each responded that they intend to present oral argument. In order to comply with Texas Rule of Appellate Procedure 39.4, the parties have agreed that oral argument will be presented by:

Megan Neal for the Public Utility Commission of Texas (10 minutes), and

Rex VanMiddlesworth for Texas Industrial Energy Consumers (10 minutes)

While Sara Ferris for the Office of Public Utility Counsel will not be scheduled to present argument, she will be present at counsel table. If the Court presents a question that could most adequately be address by Ms. Ferris, the Commission and TIEC agree to give Ms. Ferris time from their presentation to address the Court.

Sincerely,

*/s/ Megan Neal*

Megan Neal
State Bar No. 24043797

MN/lab

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was electronically filed with the Court of Appeals for the Third District of Texas. All counsel were served with a true and correct copy of this document electronically or by email on the 24th day of April, 2015, to the following:

Marnie A. McCormick
Patrick J. Pearsall
DUGGINS WREN MANN & ROMERO, LLP
P. O. Box 1149
Austin, TX 78767-1149
mmccormick@dwmrlaw.com
ppearsall@dwmrlaw.com
*Counsel for Plaintiff Entergy Texas, Inc.*

Rex D. VanMiddlesworth
Benjamin Hallmark
THOMPSON & KNIGHT LLP
98 San Jacinto Blvd, Suite 1900
Austin, Texas 78701
512.469.6100
512.469.6180 (fax)
rex.vanm@tklaw.com
benjamin.hallmark@tklaw.com
*Counsel for Intervenor Texas Industrial Energy Consumers*

Sara J. Ferris
OFFICE OF PUBLIC UTILITY COUNSEL
1701 N. Congress Ave, Ste 9-180
Austin, TX 78711-2397
sara.ferris@opc.state.tx.us
*Counsel for Intervenor Office of Public Utility Counsel*

*/s/ Megan Neal*
Megan Neal